THE PEOPLE OF THE STATE OF NEW YORK ex rel. ANNIE G. SHUFFLE, Respondent, *v.* THE TOWN OF RHINEBECK et al., Appellants.

*People ex rel. Shuffle* v. *Town of Rhinebeck*, 175 App. Div. 951, affirmed.
(Argued April 24, 1917; decided May 8, 1917.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered November 24, 1916, which modified and affirmed as modified an order of Special Term granting a motion for a peremptory writ of mandamus to compel the defendant Town of Rhinebeck to condemn the relator's rights of passage, private easement and right of way on and over that portion of Schatzel street at Rhinecliff, N. Y., lead-

32

ing from relator's premises on, over and across the railroad tracks and right of way of said New York Central and Hudson River Railroad Company to the dock, wharf and lands of the Rhinebeck and Kingston Ferry Company situated westerly of said railroad tracks and right of way contiguous thereto. Plaintiff claims to be the owner of certain private easements and rights of access and egress over the Schatzel avenue grade crossing at Rhinecliff, which has been eliminated pursuant to proceedings before the public service commission for the second district, and that such private rights are distinct from the rights of the public, and that the municipal authorities should be compelled to acquire such rights; that such rights exist either as riparian rights or by virtue of the provisions of the charter of the Hudson River Railroad Company or as a result of the filing of a map by the plaintiff's predecessor in title. The defendants deny that any property rights of the plaintiff have been taken, destroyed or injured by the elimination of the grade crossing.

*John E. Mack* for Town of Rhinebeck, appellant.

*Robert Wilkinson* for New York Central Railroad Company, appellant.

*MacDonald De Witt* for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, McLAUGHLIN, CRANE and ANDREWS, JJ.